IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

GERVER FEDNER,

    Petitioner,

v.                                     CASE NO. 4:11-cv-00190-MP-WCS

ERIC H HOLDER, MARC J MOORE, JANET NAPOLITANO,

    Respondents.

_____/

## O R D E R

This matter is before the Court on Doc. 7, Report and Recommendation of the Magistrate Judge, recommending that this petition be dismissed as premature. The time for filing objections has passed, and none have been filed, although petitioner has filed a motion for appointment of counsel.  Doc. 8.  This motion was denied by the Magistrate Judge.  After consideration, the Court agrees with the Report and Recommendation that this petition was premature when filed and must be dismissed without prejudice under *Akinwale v. Ashcroft*, 287 F.3d 1050, 1052 (11th Cir. 2002).  Accordingly, it is hereby

    **ORDERED AND ADJUDGED:**

    1.    The Report and Recommendation of the Magistrate Judge is accepted and incorporated herein.

    2.    The petition is dismissed, and this case closed, but without prejudice to petitioner bringing a proper petition now that the six-month period has passed.

    **DONE AND ORDERED** this *15th* day of August, 2011



*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge